```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE CITIGROUP INC.
SECURITIES LITIGATION

09 MD 2070 (SHS)

---

DANIEL BRECHER, SCOTT SHORT,
CHAD TAYLOR, JENNIFER MURPHY,
PAUL KOCH, and MARK OELFKE,
individually and on behalf of all others
similarly situated,

This document relates to:

09 Civ. 7359 (SHS)

Plaintiffs,

ORDER

-against-

CITIGROUP INC. and CITIGROUP
GLOBAL MARKETS INC.,

Defendants.

---

SIDNEY H. STEIN, U.S. District Judge.

In light of the Order Preliminarily Approving Proposed Settlement and Providing for Notice signed by this Court today,

IT IS HEREBY ORDERED that the pending motions in this action are dismissed as moot with leave to refile [document nos. 34 and 42].

Dated: New York, New York
       January 10, 2014

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.